IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR248 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ARTURO LARA-SOTELO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The court has been notified that the defendant has come into federal custody. For that reason, a detention hearing will be held on August 18, 2006 at 1:30 p.m. before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

IT IS SO ORDERED.

DATED this 16th day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge