# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR248 |
| JOSE ARTURO LARA-SOTELO and GUSTAVO LARA, | ) ) ) ) | **SCHEDULING ORDER** |
| Defendants. | ) ) | |

Before the court is the government's Consent Motion to Continue Hearing [40]. Good cause being shown, the motion will be granted and the previously scheduled evidentiary hearing will be continued.

IT IS ORDERED:

1. That the government's Consent Motion to Continue Hearing [40] is granted; and

2. That the evidentiary hearing on the Motion to Sever [34] filed by the defendant Jose Arturo Lara-Sotelo is rescheduled to **October 12, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett.

3. That the evidentiary hearing on the Motion to Suppress [35] filed by the defendant Gustavo Lara is r rescheduled to **October 12, 2006** at **9:30 a.m.** before Magistrate Judge F.A. Gossett.

An interpreter will be provided by the Court.

DATED this 25th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge