IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06CR248 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOSE ARTURO LARA-SOTELO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jeffrey L. Thomas, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Jose Arturo Lara-Sotelo [70]. Since retained counsel, Bassel El-Kasaby, has entered an appearance for the defendant [69], the motion to withdraw [70] is granted. Jeffrey L. Thomas shall be deemed withdrawn as attorney of record and shall forthwith provide Bassel El-Kasaby with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 27th day of November, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge