IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR248 |
| | ) | |
| JOSE ARTURO LARA-SOTELO, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Continue [73] the Change of Plea hearing. The government has no objection. Good cause being shown, the motion will be granted and the Change of Plea hearing will be continued.

**IT IS ORDERED**:

1. Defendant's Motion to Continue [73] is granted; and

2. The Change of Plea hearing is continued to **December 27, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between **November 30, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 4th day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge