## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR248** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JOSE ARTURO LARA-SOTELO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's pro se motion for a reduction of his sentence under Federal Rule of Criminal Procedure 35 (Filing No. 180).

The Court advises the Defendant that Rule 35 does not apply to his case, and there appears to be no relief available to him.

IT IS ORDERED:

1.    The Defendant's motion for a reduction of his sentence (Filing No. 180) is denied; and

2.    The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 8th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge